# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE HURT, <br><br> Plaintiff(s), <br><br> vs. <br><br> HILLARY R. CLINTON, et al., <br><br> Defendant(s). | Case No. 2:17-cv-00315-JAD-NJK <br><br> ORDER <br><br> (Dkt. No. 1 – IFP Application) |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. Plaintiff has not filled out the official form application for this District. *See id.*; *see also* Local Special Rule 1-1. Accordingly, Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is hereby **DENIED** without prejudice. The Court **INSTRUCTS** the Clerk's Office to mail Plaintiff two blank copies of this District's form application to proceed *in forma pauperis*, with instructions. Plaintiff shall have until March 8, 2017 to file a renewed application that complies with the Court's Local Rules.

IT IS SO ORDERED.

Dated: February 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge