# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE HURT,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>HILLARY R. CLINTON, et al.,<br><br>                    Defendant(s). | Case No. 2:17-cv-00315-JAD-NJK<br><br>ORDER |

Plaintiff is proceeding in this action *pro se* and requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. On January 30, 2017, the Court denied Plaintiff's application without prejudice. Docket No. 3. Plaintiff has now submitted the affidavit required by § 1915(a) showing an inability to prepay fees and costs or give security for them. Docket No. 4. Accordingly, the request to proceed *in forma pauperis*, Docket No. 4, is hereby **GRANTED** pursuant to 28 U.S.C. § 1915(a).

Plaintiff has also submitted a hand-written complaint, which is not sufficiently legible to enable the Court or any opposing party to fully understand it. Docket No. 1-1; *see also* Local Rule IA 10-1(a)(2) ("Handwriting must be legible"). The Court therefore dismisses Plaintiff's complaint with leave to amend. Plaintiff is permitted to refile the complaint, but it must either be typewritten or handwritten legibly.

Accordingly,

**IT IS ORDERED** that:

1.  Plaintiff's request to proceed *in forma pauperis* is GRANTED. Plaintiff shall not be

required to pay the filing fee of four hundred dollars ($400.00).

2. Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of a security therefor. This Order granting leave to proceed *in forma pauperis* shall not extend to the issuance of subpoenas at government expense.

3. The Clerk of Court shall file the Complaint.

4. The Complaint is **DISMISSED** for failure to comply with LR IA 10-1(a)(2), with leave to amend. Plaintiff will have until **April 3, 2017**, to file an Amended Complaint, if he believes he can correct the noted deficiencies. If Plaintiff chooses to amend the complaint, he is informed that the Court cannot refer to a prior pleading (i.e., the original Complaint) in order to make the Amended Complaint complete. *See Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967). Local Rule 15-1 requires that an Amended Complaint be complete in itself without reference to any prior pleading. Once a plaintiff files an Amended Complaint, the original Complaint no longer serves any function in the case. Therefore, in an Amended Complaint, as in an original Complaint, each claim and the involvement of each defendant must be sufficiently alleged. Failure to comply with this Order will result in the recommended dismissal of this case, without prejudice.

Dated: March 2, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge