# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TYRONE HURT, | ) | Case No. 2:17-cv-00315-JAD-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | (Docket No. 11) |
| HILLARY R. CLINTON, et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is a filing by Plaintiff. Docket No. 11. To the extent a party cannot file type-written submissions, "[h]andwriting must be legible." Local Rule IA 10-1(a)(2). To that end, the Court has three times rejected filings by Plaintiff that were not legible and instructed him that future filings must be legible. Docket Nos. 5, 8, 10. Plaintiff's latest filing is also illegible and, therefore, the relief sought therein is **DENIED**.

IT IS SO ORDERED.

DATED: April 18, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge