# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Tyrone Hurt,

    Plaintiff

v.

Hillary R. Clinton, et al.,

    Defendants

Case No.: 2:17-cv-00315-JAD-NJK

**Order Adopting Report and Recommendation and Dismissing Case**

**[ECF No. 17]**

Tyrone Hurt submitted a hand-written complaint, which is not sufficiently legible to enable me or any opposing party to fully understand it.[1] Magistrate Judge Nancy Koppe found Hurt's complaint deficient for the same reason and allowed Hurt to file an amended complaint to cure the defect. Hurt filed a new pleading, but it, too, was illegible, so Magistrate Judge Koppe dismissed the amended complaint with leave to amend by April 17, 2017.[2] Judge Koppe warned that if Hurt failed to comply with the order, she would recommend dismissal of this case without prejudice.[3] Hurt failed to comply with this order and as a result, Magistrate Judge Koppe now recommends that Hurt's case be dismissed without prejudice.[4]

The report and recommendation was entered May 12, 2017, making May 26, 2017, the deadline to file an objection. Hurt has not filed any objection to the report and recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5]

---

[1] ECF No. 1.

[2] ECF No. 8.

[3] *Id.*

[4] ECF No. 17.

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation **[ECF No. 17] is ACCEPTED and ADOPTED** and Hurt's claims are **DISMISSED**. The Clerk of Court is directed to **CLOSE THIS CASE**.

DATED June 1, 2017.

_____
Jennifer A. Dorsey
United States District Judge